[No. 10033.  *En Banc.*  March 26, 1912.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED E. COHEN, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Main, J., entered June 20, 1911, upon a trial and conviction of false registration.  Reversed.

*R. L. Blewett, Frank E. Hammond,* and *Gill, Hoyt & Frye,* for appellant.

*John F. Murphy* and *Geo. H. Rummens,* for respondent.

PER CURIAM.—The proper disposition of this cause is governed by the decision rendered by department one on December 2, 1911, in the case of *State v. Ross,* 66 Wash. 138, 119 Pac. 20, which decision was affirmed by the court *en banc* upon petition for rehearing, this day. *Id.,* 66 Wash. 141, 122 Pac. 8. The questions determinative of this case being the same as in that, the judgment of the trial court is reversed for the reasons there stated.